UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORRY WYSINGER,

        Plaintiff,                           Case Number: 08-14386

v.                                             HONORABLE AVERN COHN

JANET NIXON,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## AND
## GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
## AND
## DISMISSING CASE

I.

This is a prisoner civil rights case under 42 U.S.C. § 1983.  Plaintiff claims that while housed at the Macomb Regional Facility (MRF), defendant, a nurse at MRF, was deliberately indifferent to his medical needs in violation of the Eighth Amendment.  Plaintiff is currently on parole.  The matter was referred to a magistrate judge for pre-trial proceedings.  Defendant filed a motion for summary judgment.  Plaintiff, despite efforts by the magistrate judge, did not file a response to the motion nor did he provide the Court with a current address.  The magistrate judge issued a report and recommendation (MJRR) recommending that defendant's motion be granted.  Plaintiff has not objected to the MJRR and the time for filing objections has passed.  A copy of the MJRR, which was sent to plaintiff's last known address at the Gus Harrison

Correctional Facility, was returned as undeliverable.

II.

Having reviewed the MJRR, the Court agrees with the magistrate judge that plaintiff has not made out a claim of deliberate indifference. Accordingly, the findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court. Defendant's motion for summary judgment is GRANTED. This case is DISMISSED.

SO ORDERED.

  s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: September 1, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record and Corry Wysinger, #228616, 2727 E. Beecher Street, Adrian, MI 49221 on this date, September 1, 2009, by electronic and/or ordinary mail.

  s/LaShawn R. Saulsberry
Case Manager, (313) 234-5160